# IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL ALFREDO PENA; AND
MIRNA ELIZABETH PENA,

                    Appellants,

            vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                    Respondent.

No. 78303

**FILED**

AUG 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
            DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Kenneth C. Cory, District Judge
        Law Offices of Michael F. Bohn, Ltd.
        Aldridge Pite, LLP
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-34799